IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | No. 9:20-CR-34 |
| JIHAD AZIZ KHALIQ | § | |
| AKA QUINZELL LAVELL HAYES II | § | |

**GOVERNMENT'S MOTION TO UNSEAL INDICTMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, the United States of America, by and through the United States Attorney for the Eastern District of Texas and files this its Motion to Unseal the Indictment in this case and would show the following:

I.

On July 1, 2020 the above named individual was indicted. The related indictment was ordered sealed by the Court at the Government's request. The defendant is now in federal custody in the Southern District of Mississippi. Since the defendant is now in custody, the Government requests that this case be unsealed.

WHEREFORE, PREMISES CONSIDERED, the Government respectfully requests that this Honorable Court GRANT the government's Motion and order that the indictment in this case be unsealed.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/ Tommy L. Coleman*
Tommy L. Coleman
Special Assistant United States Attorney
Eastern District of Texas
415 S. First Street, Ste. 201
Lufkin, Texas 75901
Telephone 936-639-4003 or 936-634-3006
Texas Bar No. 24034383